# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

T & T INVESTMENT CORP
VERSUS
WATKINS APC CPA AND JACOB
WATKINS

NO.   2020 CW 1188

**MARCH 4, 2021**

---

In Re:   Watkins APC CPA and Jacob Watkins, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187922.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

 **WRIT NOT CONSIDERED.**  Relators, Watkins, APC CPA and Jacob Watkins, failed to include a copy of the judgment complained of, in violation of Rule 4-5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal.  Relators included a judgment that denied an exception of no cause of action, but the ruling at issue is the denial of an exception of peremption, and the writ application failed to include a judgment as to that exception.

 Supplementation of this writ application and/or an application for rehearing will not be considered.  Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

 In the event relators seek to file a new application with this court, it must contain all pertinent documentation including the missing items noted herein, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal.  Any new application must be filed on or before March 29, 2021, and must contain a copy of this ruling.

**JMG
PMc
WIL**

COURT OF APPEAL, FIRST CIRCUIT

---

DEPUTY CLERK OF COURT
FOR THE COURT